UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE NATIONAL :
RETIREMENT FUND, :
            Plaintiff, :
v. : **ORDER**
 :
MARIN CLEANERS, INC., and JOHN DOES 1- : 21 CV 385 (VB)
10, all other trades or businesses under common :
control with Marin Cleaners, Inc., :
            Defendants. :
--------------------------------------------------------------x

      On January 15, 2021, plaintiff, the Trustees of the National Retirement Fund, commenced the instant action against defendants Marin Cleaners, Inc., and John Does 1-10 (including all other trades or businesses under common control with Marin Cleaners, Inc.). (Doc. #1).

      On January 19, 2021, the Clerk of Court issued summons as to defendant Marin Cleaners, Inc. (Doc. #4).

      On February 23, 2021, plaintiff docketed proof of service indicating service on defendant Marin Cleaners, Inc., on January 30, 2021. (Doc. #8). Accordingly, Marin Cleaners, Inc., had until February 22, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by March 30, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by April 13, 2021. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: March 16, 2021
      White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge