USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NATIONAL RETIREMENT FUND,

         Plaintiffs,

-against-

MARIN CLEANERS, INC. and John Does 1-10 (all other trades or businesses under common control with MARIN CLEANERS, INC.),

         Defendants.

21-cv-00385 (VB) (PED)

**DEFAULT JUDGMENT**

This action having been commenced on January 15, 2021 by filing of a Complaint, and Plaintiffs Trustees of the National Retirement Fund ("Plaintiffs") having served copies of the Summons and Complaint upon Defendant Marin Cleaners, Inc. ("Defendant Marin"), a California corporation, on January 30, 2021 by personal service upon Marc Casassa, Officer of the Defendant Marin, and proof of such service having been filed with the Court on February 23, 2021, and Defendant Marin not having appeared, answered, or otherwise moved with respect to the Complaint, and the time for appearing, answering or moving having expired, and the Court having issued its Order to Show Cause requiring Defendant Marin to show cause before the Court why a Default Judgment should not be entered against Defendant Marin, and the Court having held a hearing pursuant to the Order to Show Cause, and Defendant Marin having failed to appear at the show cause hearing; it is

**NOW, THEREFORE,** upon application of the Plaintiffs and upon reading the Affidavits of David C. Sapp, Esq., duly sworn the 8th day of April 2021, and the Certificate of Ruby J.

Krajick, Clerk of Court, United States District Court for the Southern District of New York, noting the default of Defendant Marin, for failure to appear, answer or otherwise move with respect to the Complaint, it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs have Judgment against Defendant Marin in the principal amount of $852,638.00 for the withdrawal liability owed to Plaintiffs; interest thereon computed at one percent (1.00%) per month or part thereof on the withdrawal liability from November 1, 2020, the date of the first missed quarterly withdrawal liability payment, through the date of Judgment in the amount of $42,631.90; and liquidated damages at an amount equal to the greater of the total interest due on the withdrawal liability or twenty percent (20.00%) of the withdrawal liability in the amount of $170,527.60, all totaling $1,065,797.50; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs have Judgment against Defendant Marin for costs of the instant action in the amount of $400.00, for a total Judgment in the amount of $1,066,197.50; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs have Judgment against Defendant Marin permanently restraining and enjoining Defendant Marin and all of its officers, employees, agents, representatives, and all persons acting in concert with them from distributing, alienating, transferring, assigning, encumbering or otherwise disposing of the assets of Defendant Marin, regardless of the amounts, if any, or the nature of the consideration received therefore; and it is further

**ORDERED, ADJUDGED AND DECREED** that interest shall continue to accrue on the amount due under this Judgment at the legal rate as defined in 28 U.S.C. §1961 from the date of entry of this Judgment on ____4/29____, 2021 until the Judgment is fully satisfied.

Dated: __4/29/2021__
White Plains, New York

SO ORDERED:

_____
Honorable Vincent Briccetti
United States District Judge